# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| **CHARLES J. SUMMERS** | : | |
| Plaintiff, | : | Case No. 2:12-CV-689 |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| **THE STATE OF OHIO,** *et al.*, | : | Magistrate Judge Mark R. Abel |
| Defendants. | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the October 26, 2012 Opinion and Order, the Court **GRANTED** Defendant Ohio Governor John R. Kasich's Motion to Dismiss. This case is hereby **DISMISSED**.

Date: October 26, 2012          **John Hehman, Clerk**

                                   s/Betty L. Clark
                                Betty L. Clark/Deputy Clerk